Gary E. Jubber, Trustee (A1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Fax: (801) 596-2814

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| In re | Bankruptcy No. 13-30703 JTM |
|---|---|
| JASON WILLIAM VANDEHEI, | (Chapter 7) |
| Debtor. | **AFFIDAVIT OF GARY E. JUBBER** |
| | Honorable Joel T. Marker |

STATE OF UTAH         )
                                    : ss.
COUNTY OF SALT LAKE   )

Gary E. Jubber, being first duly sworn upon her oath, deposes and states as follows:

1. Affiant is an attorney and is duly admitted to practice in the State of Utah and in this court.

2. Affiant is a member of the firm of Fabian & Clendenin and its offices are located at 215 South State Street, Twelfth Floor, Salt Lake City, Utah 84111.

3. Affiant believes and therefore states that neither Fabian & Clendenin nor any of its members or attorneys/employees have or represent any interest adverse to the estate and that they are disinterested persons as defined by Section 101(14) of the Bankruptcy Code.

4.  Neither Fabian & Clendenin, nor any of its members or attorneys have previously represented the debtor, and to the best of your Affiant's knowledge, have no prior affiliation with any creditors or other parties-in-interest in this case.

5.  Neither Affiant nor Fabian & Clendenin have any agreement to share any compensation or reimbursement received in connection with this case with another person nor with any such compensation reimbursement be shared except as permitted by 11 U.S.C. § 504(b).

DATED this 23 day of January, 2014.

FABIAN & CLENDENIN

_____
GARY E. JUBBER

SUBSCRIBED AND SWORN to before me this 23rd day of January, 2014.

_____
NOTARY PUBLIC
Residing in Salt Lake County

MASHELL PARKS
Notary Public State of Utah
My Commission Expires on:
October 23, 2017
Comm. Number: 671301

2

## DESIGNATION OF PARTIES TO BE SERVED

I certify that on **23rd** day of January, 2014, I electronically filed the foregoing **AFFIDAVIT OF GARY E. JUBBER** shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Affidavit through the CM/ECF system:

- Gary E. Jubber tr    gjubber@fabianlaw.com, UT07@ecfcbis.com;mparks@fabianlaw.com;ccarlson@fabianlaw.com
- Sarah J. Larsen    Sarah.larsen@utahbankruptcylawcenter.com, Roger.LeFevre@utahbankruptcylawcenter.com;Taetum.Koncar@utahbankruptcylawcenter.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

*[signature]*