Gary E. Jubber, A1758
FABIAN & CLENDENIN,
 a Professional Corporation
215 South State Street
Suite 1200
Salt Lake City, Utah  84111-2323
Telephone: (801) 531-8900
Fax: (801) 596-2814

Attorneys for Gary E. Jubber, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>JASON WILLIAM VANDEHEI,<br><br>Debtor. | Bankruptcy Case No. 13-30703 JTM<br>(Chapter 7)<br><br>Honorable Joel T. Marker |
|---|---|

**NOTICE OF TRUSTEE'S MOTION TO APPROVE SALE OF PROPERTY FREE AND CLEAR OF LIENS AT PUBLIC AUCTION AND NOTICE OF OPPORTUNITY FOR HEARING**

**(HEARING DATE: FEBRUARY 26, 2014 AT 10:30 A.M.)**
**(OBJECTION DEADLINE: FEBRUARY 18, 2014)**

Gary E. Jubber, Chapter 7 Trustee has filed a *Motion to Approve Sale of Property of the*

*Estate Free and Clear of Liens at Public Auction*, dated January 27, 2014, with respect to

approval of sale of a Shanghai Shenke Motorcycle Co. Scooter, VIN No.

L8YTCKPZ28Y012069  (the "**Property**"), free and clear of liens at public auction ("**Motion**").

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Motion seeks court approval of a sale of a Shanghai Shenke Motorcycle Co. Scooter, VIN No. L8YTCKPZ28Y012069, free and clear of liens at public auction.

NO HEARING WILL BE CONDUCTED ON TRUSTEE'S MOTION TO APPROVE SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AT PUBLIC AUCTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the motion then on or before **February 18, 2014**, you or your attorney must:

1.    File a written objection or response with the court at 350 South Main, Salt Lake City, Utah.  The objection or response must respond to each of the material allegations of the Motion.

2.    If you mail your objection or response to court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must also mail a copy to:

        Gary E. Jubber
        FABIAN & CLENDENIN,
         A Professional Corporation
        215 South State Street
        Suite 1200
        Salt Lake City, Utah  84111-2323

3.  Attend the hearing scheduled to be held on **February 26, 2014 at 10:30 a.m.** in Judge Joel T. Marker's Courtroom, United States Bankruptcy Court, 350 South Main, Salt Lake City, Utah.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without a hearing.

DATED this 27th day of January, 2015.

/s/ Gary E. Jubber
Gary E. Jubber
FABIAN & CLENDENIN
 A Professional Corporation
Attorneys for Gary E. Jubber, Trustee

4852-2318-7729, v. 1